41426, 41427. FAUST v. THE STATE (two cases).
41428, 41429. BELLEW v. THE STATE (two cases).

PANNELL, Judge. In accordance with the opinion of the Supreme Court of Georgia, 222 Ga. 27, the judgments of affirmance in the above cases are hereby vacated and the judgment of reversal hereby entered in each case.

*Judgments reversed. Felton, C. J., Nichols, P. J., Bell, P. J., Frankum, Jordan, Hall, Eberhardt and Deen, JJ., concur.*

DECIDED APRIL 28, 1966.

*Rupert A. Brown,* for appellants.
*Preston M. Almand, Solicitor,* for appellee.